**Order entered January 8, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00676-CV**

**IN THE MATTER OF A.L., A JUVENILE**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-00518-X**

**ORDER**

Before the Court is appellee's January 6, 2021 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **February 5, 2021**. We caution appellee that further extension requests will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE